SUSAN K. JAMISON (State Bar No. 131867)
GREGG M. FICKS (State Bar No. 148093)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-skj@cpdb.com,
         ef-gmf@cpdb.com

Attorneys for Defendants Fairmont Hotels & Resorts (U.S.) Inc., Fairmont Hotel Management Company, and Fairmont Hotel Company – San Francisco, L.P.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JEAN RIKER,<br><br>   Plaintiff,<br><br>   v.<br><br>FAIRMONT HOTELS & RESORTS (U.S.) INC.; FAIRMONT HOTEL MANAGEMENT COMPANY; FAIRMONT HOTEL COMPANY – SAN FRANCISCO L.P., and DOES 1-20, INCLUSIVE,<br><br>   Defendants. | Case No. 4:11-cv-02582-RS<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING DEFENDANTS** |

## RECITALS

Whereas, on May 27, 2011, Plaintiff JEAN RIKER ("Plaintiff") filed a complaint in this action (the "Initial Complaint") against defendants FAIRMONT HOTELS & RESORTS (U.S.) INC.; FAIRMONT HOTEL MANAGEMENT COMPANY; SIC HOTEL COMPANY - SAN FRANCISCO, and DOES 1-20, inclusive;

Whereas, on July 26, 2011, Plaintiff filed a Notice of Dismissal of defendant SIC HOTEL COMPANY – SAN FRANCISCO, thereby dismissing such defendant from this action;

Whereas, on July 26, 2011, Plaintiff filed a First Amended Complaint (the "First Amended Complaint") against defendants FAIRMONT HOTELS & RESORTS (U.S.) INC.; FAIRMONT

1  HOTEL MANAGEMENT COMPANY; FAIRMONT HOTEL COMPANY – SAN FRANCISCO
2  L.P.; and DOES 1-20, inclusive, making the same allegations and asserting the same claims as in
3  the Initial Complaint;
4      Whereas, on August 11, 2011, defendants FAIRMONT HOTELS & RESORTS (U.S.)
5  INC.; FAIRMONT HOTEL MANAGEMENT COMPANY; and FAIRMONT HOTEL
6  COMPANY – SAN FRANCISCO, L.P. filed an Answer to the First Amended Complaint (the
7  "Answer");
8      Whereas, after the First Amended Complaint and the Answer were filed, defendant
9  FAIRMONT HOTEL COMPANY – SAN FRANCISCO, L.P. transferred its interests in the real
10 property that is the subject of the First Amended Complaint to MASON STREET ASSOCIATES,
11 LLC;
12     Whereas, FAIRMONT HOTEL MANAGEMENT L.P. is the management entity that
13 manages the real property that is the subject of the First Amended Complaint, and FAIRMONT
14 HOTELS & RESORTS (U.S.) INC. and FAIRMONT HOTEL MANAGEMENT COMPANY do
15 not manage the property; and
16     Whereas, the parties have settled all aspects of the case and in conjunction with that
17 settlement now seek to substitute MASON STREET ASSOCIATES, LLC as a defendant in this
18 action in the place and stead of FAIRMONT HOTEL COMPANY - SAN FRANCISCO L.P., and
19 seek to substitute FAIRMONT HOTEL MANAGEMENT L.P. as a defendant in this action in the
20 place and stead of FAIRMONT HOTELS & RESORTS (U.S.) INC. and FAIRMONT HOTEL
21 MANAGEMENT COMPANY.
22     Based on the foregoing, and pursuant to Rule 15 of the Federal Rules of Civil Procedure,
23 the parties hereto hereby STIPULATE AS FOLLOWS:
24                              **STIPULATION**
25     1.      MASON STREET ASSOCIATES, LLC hereby is substituted as defendant in this
26 action in the place and stead of FAIRMONT HOTEL COMPANY - SAN FRANCISCO L.P.;
27 FAIRMONT HOTEL COMPANY – SAN FRANCISCO, L.P. hereby is dismissed with prejudice
28 as a defendant in this action;

2. FAIRMONT HOTEL MANAGEMENT L.P. hereby is substituted as a defendant in this action in the place and stead of both FAIRMONT HOTELS & RESORTS (U.S.) INC. and FAIRMONT HOTEL MANAGEMENT COMPANY; FAIRMONT HOTELS & RESORTS (U.S.) INC. and FAIRMONT HOTEL MANAGEMENT COMPANY hereby are dismissed with prejudice as defendants in this action;

3. This Stipulation shall take effect only if the Court accepts and signs the Consent Decree and [Proposed] Order submitted simultaneously with this Stipulation and [Proposed] Order; and

4. Notwithstanding the substitution of defendants hereunder, unless otherwise ordered by the Court: (A) Plaintiff need not file an Amended or Supplemental Complaint regarding such substitutions; and (B) the Answer to the First Amended Complaint filed by the defendants named in the First Amended Complaint shall be effective as to, and shall be deemed filed by, MASON STREET ASSOCIATES, LLC and FAIRMONT HOTEL MANAGEMENT L.P., and such defendants need not further respond to the First Amended Complaint.

**IT IS SO STIPULATED.**

DATED: December 6, 2012

COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Gregg M. Ficks
Attorneys for current Defendants Fairmont Hotels & Resorts (U.S.) Inc., Fairmont Hotel Management Company, and Fairmont Hotel Company – San Francisco, L.P.

DATED: December 6, 2012

COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Gregg M. Ficks
Attorneys for proposed Defendant MASON STREET ASSOCIATES, LLC

08787.037 2201311v3

3

4:11-cv-02582-RS

**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING DEFENDANTS**

DATED: ~~November~~ December 6, 2012    COBLENTZ, PATCH, DUFFY & BASS LLP

By: _____
Gregg M. Ficks
Attorneys for proposed Defendant FAIRMONT HOTEL MANAGEMENT L.P.

DATED: ~~November~~ December 5, 2012    LAW OFFICES OF PAUL L. REIN

By: _____
Celia McGuinness
Attorneys for Plaintiff JEAN RIKER

## ORDER

GOOD CAUSE APPEARING, the foregoing Stipulation is SO ORDERED.

DATED: December 10, 2012

_____
Hon. Richard Seeborg
United States District Court Judge